UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                      :

BLUEPRINT CAPITAL ADVISORS, LLC,        :

                     Movant,                 :                     25-MC-87 (JMF)

        -v-                                   :                    TRANSFER ORDER

DOUGLAS OSTROVER et al.,                   :

                  Respondents.             :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On March 14, 2025, Respondents Doug Ostrover and Alan Kirshenbaum filed a letter consenting to the transfer of this case to the United States District Court for the District of New Jersey and to the presiding judge in *Blueprint Capital Advisors, LLC v. Phillip Murphy et al.*, Civil Action No. 20-CV-7663, pursuant to Rule 45(f) of the Federal Rules of Civil Procedure. *See* ECF No. 11.  Accordingly, this case is hereby TRANSFERRED.

       All pending deadlines are moot.  The Clerk of the Court is directed to transfer this case to the United States District Court for the District of New Jersey **immediately**, without regard to Local Rule 83.1, and to terminate ECF No. 13.

       SO ORDERED.

Dated: March 19, 2025
       New York, New York

                                                           JESSE M. FURMAN
                                                   United States District Judge