## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLUEPRINT CAPITAL ADVISORS, LLC,<br><br>                                        Plaintiff,<br><br>v.<br><br>STATE OF NEW JERSEY, *et al.*,<br><br>                                        Defendants | Case No. 2:25-cv-01995-JXN-MAH<br><br>**NOTICE OF JOINT MOTION TO FILE UNDER SEAL**<br><br>Underlying Action: Case No. 2:20-cv-07663-JXN-MAH |

**PLEASE TAKE NOTICE** that, as soon as counsel may be heard, the undersigned parties shall move before the Honorable Michael A. Hammer, U.S.M.J., at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom MLK 2C, for the entry of an Order pursuant to the Discovery Confidentiality Order entered by this Court (Underlying Action Dkt. 241) and Local Civil Rule 5.3(c) to seal Exhibit A, Exhibit B, and portions of Plaintiff's Letter Brief In Further Support of Motion to Compel Doug Ostrover and Alan Kirshenbaum to Comply With Subpoenas, dated April 14, 2025 (Dkt. 21), and Exhibit II to third-parties Doug Ostrover's and Alan Kirshenbaum's Letter Opposition, dated April 28, 2025 (Dkt. 23-2).

**PLEASE TAKE FURTHER NOTICE** that a proposed Order granting the relief requested is submitted herewith.

Dated: May 12, 2025                                      Respectfully submitted,

                                                **BROWN RUDNICK LLP**

                                                By: */s/ Lauren Tabaksblat*
                                                Lauren Tabaksblat, Esq.

(Bar No. 037322008)
Michael J. Bowe, Esq.
(admitted *pro hac vice*)
Tyler D. Purinton, Esq.
(admitted *pro hac vice*)
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
mbowe@brownrudnick.com
ltabaksblat@brownrudnick.com
tpurinton@brownrudnick.com

*Counsel for Plaintiff Blueprint Capital*
*Advisors, LLC*

**SKADDEN, ARPS, SLATE, MEAGHER**
**& FLOM LLP**

*/s/ Scott D. Musoff*
Scott D. Musoff
Eben P. Colby (*pro hac vice*)
Marley Ann Brumme (*pro hac vice*)
One Manhattan West
New York, New York 10001
(212) 735-3000

-and-

500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
Scott.Musoff@skadden.com
Eben.Colby@skadden.com
Marley.Brumme@skadden.com

Keith J. Miller
ROBINSON MILLER LLC
Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
(973) 690-5400
kmiller@rwmlegal.com

*Attorneys for Defendants BlackRock, Inc.
and BlackRock Alternative Advisors*

**MARINO, TORTORELLA & BOYLE,
P.C.**

/s/ Kevin H. Marino
Kevin H. Marino
John D. Tortorella
437 Southern Boulevard
Chatham, New Jersey 07928-1488
Tel: (973) 824-9300
kmarino@khmarino.com
jtortorella@khmarino.com

Sandra C. Goldstein (*pro hac vice*)
Byron Pacheco (*pro hac vice*)
Daniel R. Cellucci (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
sandra.goldstein@kirkland.com
byron.pacheco@kirkland.com
dan.cellucci@kirkland.com

Taj J. Clayton (*pro hac vice*)
1601 Elm Street
Dallas, TX 75201
Tel: (214) 972-1774
taj.clayton@kirkland.com

*Attorneys for Defendant Blue Owl Capital
Corporation and Non-Parties Douglas
Ostrover and Alan Kirshenbaum*

**WEIL, GOTSHAL & MANGES LLP**

/s/ Diane P. Sullivan
Diane P. Sullivan
767 Fifth Avenue
New York, NY 10153
Telephone: (609) 986-1120
Facsimile: (609) 986-1199

3

Diane.sullivan@weil.com

Chantale Fiebig (admitted *pro hac vice*)
Dan Nadratowski (admitted *pro hac vice*)
Crystal L. Weeks (admitted *pro hac vice*)
2001 M St. NW
Washington, D.C. 20036
Telephone: (202) 682-7200
chantale.fiebig@weil.com
daniel.nadratowski@weil.com
crystal.weeks@weil.com

*Counsel for Timothy Walsh*